Chicago Title and Trust Company and Supreme Council of the Royal Arcanum, appellees, v. Ethel Levy et al., defendants. Ethel Levy, appellant. Gen. No. 37,161.

Opinion filed June 15, 1934.

Nathan Shefner, for appellant. Vernon R. Loucks and A. J. Hennings, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Rose Kimen, defendant in error, v. Atlas Exchange National Bank of Chicago, plaintiff in error. Gen. No. 37,308.

Opinion filed June 15, 1934.

Elbridge W. Rice, for plaintiff in error. Lloyd C. Whitman, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Josephine Kastro, administratrix of the estate of John Kastro, deceased, defendant in error, v. C. J. McGuire and Harry W. Nordendale, defendants. Harry W. Nordendale, plaintiff in error. Gen. No. 36,947.

Opinion filed June 15, 1934.

Jones & Key, for plaintiff in error; Wm. Y. Key and Robert G. Dreffein, of counsel. Irving G. Zazove, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

James J. Brown, appellant, v. Leathem Smith-Putnam Navigation Company, appellee. Gen. No. 37,027.

Opinion filed June 15, 1934.

A. S. and E. W. Froehlich, for appellant. Kremer, Branand & Hayes, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.